IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No.97-60366
Summary Calendar

---

DELORIS THOMPSON, On Behalf of
Melanie Thompson, A Minor,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:95CV939BS
- - - - - - - - - -
March 25, 1998

Before GARWOOD, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

    Delores Thompson, on behalf of her daughter, Melanie Thompson, appeals the district court's judgment affirming the denial of Supplemental Security Income benefits.  We affirm for substantially the reasons stated and adopted by the district court.  Thompson v. Chater, No. 3:95-CV-939BS (S.D. Miss. Mar. 31, 1997).

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED